Ole Benestad, Appellant, v. Edward Vander Molen, Trading as Vander Molen Refuse Disposal Service et al., Appellees.

Gen. No. 43,973.

opinion filed December 17, 1947; released for publication January 9, 1948. Miller & Moss, for appellant; Burt A. Crowe, for appellees; Carl E. Abrahamson, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.

Seba Polk, Appellant, v. Albert J. Kavelin and Virginia G. Kavelin, Appellees.

Gen. No. 44,002.

opinion filed December 17, 1947; released for publication January 9, 1948. Miller, Gorham, Wescott & Adams, for appellant; Frederick O. Mason, of counsel; no appearance for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.